TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00160-CV







Lou Keller, Appellant



v.



Brian J. Anderson, Individually and d/b/a Anderson Chiropractic Center, Appellee







FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. B-94-1334-C, HONORABLE DICK ALCALA, JUDGE PRESIDING







PER CURIAM


 Appellee has filed a motion to dismiss this appeal. The motion is granted.

See Tex. R. App. P. 59(a)(2). 

 The appeal is dismissed. 


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed On Appellee's Motion

Filed: April 10, 1996

Do Not Publish